Case 4:14-cr-00115-A Document 23 Filed 10/10/14 Page 1 of 4 PageID 56

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 10 2014

CLERK, U.S. DISTRICT COURT
By_____
Deputy

# United States District Court
Northern District of Texas
Fort Worth Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | Case Number: 4:14-CR-115-A(01) |
| CARY J. HUDSON | § | |

## JUDGMENT IN A CRIMINAL CASE

The government was represented by Assistant United States Attorney Christopher Wolfe. The defendant, CARY J. HUDSON, was represented by Tim Evans.

The defendant pleaded guilty on June 27, 2014 to the one count information filed on May 23, 2014. Accordingly, the court ORDERS that the defendant be, and is hereby, adjudged guilty of such count involving the following offense:

| Title & Section / Nature of Offense | Date Offense Concluded | Count |
|---|---|---|
| 18 U.S.C. 1001(a)(3) | 02/12/2013 | 1 |
| False Document Submitted to an Agency of the United States | | |

As pronounced and imposed on October 10, 2014, the defendant is sentenced as provided in the judgment.

The court ORDERS that the defendant immediately pay to the United States, through the Clerk of this Court, a special assessment of $100.00.

The court further ORDERS that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence address, or mailing address, as set forth below, until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court, through the clerk of this court, and the Attorney General, through the United States Attorney for this district, of any material change in the defendant's economic circumstances.

## PROBATION

The court further ORDERS that the defendant be, and is hereby sentenced to a term of probation for a period of 36 months, and that the conditions of his probation are as follows:

1. The defendant shall not commit another federal, state, or local crime.

2. The defendant shall not possess illegal controlled substances.

1

3. The defendant shall cooperate in the collection of DNA as directed by the U.S. Probation Officer, as authorized by the Justice for All Act of 2004.

4. The defendant shall submit to urine surveillance to determine if the defendant has become involved in the use of illegal drugs.

5. The defendant shall also comply with the Standard Conditions of Probation as hereinafter set forth.

## Standard Conditions of Probation

1. The defendant shall not possess a firearm, destructive device, or other dangerous weapon.

2. The defendant shall provide to the U.S. Probation Officer any requested financial information.

3. The defendant shall not leave the judicial district without the permission of the Court or U.S. Probation Officer.

4. The defendant shall report to the U.S. Probation Officer as directed by the court or U.S. Probation Officer and shall submit a truthful and complete written report within the first five (5) days of each month.

5. The defendant shall answer truthfully all inquiries by the U.S. Probation Officer and follow the instructions of the U.S. Probation Officer.

6. The defendant shall support his or her dependents and meet other family responsibilities.

7. The defendant shall work regularly at a lawful occupation unless excused by the U.S. Probation Officer for schooling, training, or other acceptable reasons.

8. The defendant shall notify the probation officer at least ten (10) days prior to any change in residence or employment.

9. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

10. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

11. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the U.S. Probation Officer.

12. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the U.S. Probation Officer.

13. The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

14. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

15. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

The court hereby directs the probation officer to provide defendant with a written statement that sets forth all the conditions to which the term of probation is subject, as contemplated and required by 18 U.S.C. § 3563(d).

## FINE

The Court further orders defendant shall pay a fine in the amount of $5,000. The fine includes any cost of incarceration. This amount is the total of the fine imposed on Count 1 of the Information. The fine is payable immediately. The fine payment shall be made by defendant to the Clerk of the U.S. District Court, 501 West 10th Street, Room 310, Fort Worth, Texas 76102.

## STATEMENT OF REASONS

The "Statement of Reasons" and personal information about the defendant are set forth on the attachment to this judgment.

Signed this the 10th day of October, 2014.

_____
JOHN McBRYDE
UNITED STATES DISTRICT JUDGE

## RETURN

I have executed the imprisonment part of this Judgment as follows:

_____
_____
_____

Defendant delivered on _____, 2014 to _____
at _____, with a certified copy of this Judgment.


                United States Marshal for the
                Northern District of Texas

                By _____
                     Deputy United States Marshal